UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL FRUEH,<br><br>               Plaintiff,<br><br>  vs.<br><br>BRETT HILL and PUBLIC DEFENDERS OFFICE OF GRANT COUNTY,<br><br>               Defendants. | NO.  CV-05-377-RHW<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

By Order filed February 7, 2006, the court directed Mr. Frueh to submit his six month statement of account as required by 28 U.S.C. § 1915(a)(2).  Plaintiff was cautioned his failure to do so would result in denial of leave to proceed *in forma pauperis* and closure of the file.

A copy of this Order was sent to Plaintiff at the Grant County Jail.  It was returned and received by the court on February 13, 2006, with the notations, "attempted no known - not here."  Plaintiff has not kept the court apprised of his address and he did not comply with the court's directive regarding the filing fee requirements.

Accordingly, **IT IS ORDERED** this action is **DISMISSED without prejudice** for failure to comply with 28 U.S.C. § 1915(a)(2).

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address and close the file.

**DATED** this 13th day of March 2006.

                                s/ Robert H. Whaley

                              ROBERT H. WHALEY
                CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 2